8633, 8634. WILSON *v.* PATTERSON; and *vice versa.*

GEORGE, J. 1. In a case in which the verdict was not demanded by the law and the evidence, the Court of Appeals will not disturb the first grant of a new trial, though based upon a single ground complaining of failure of the court to give in charge to the jury a particular principle of law; and will not determine whether the trial court was right in granting the motion on the special ground. *Cox* v. *Grady,* 132 *Ga.* 368 (64 S. E. 262), and cit.; Civil Code (1910), §§ 6204, 6088.

2. The main bill of exceptions assigns error upon the first grant of a new trial, based upon a single special ground of the motion for a new trial, and the cross-bill of exceptions assigns error upon the overruling of the remaining grounds of the motion. The judgment on both bills of exceptions is      *Affirmed. Wade, C. J., and Luke, J., concur.*
DECIDED JULY 25, 1917.

Action for damages; from Fulton superior court—Judge Bell. September 30, 1916.

*Robert C. & Philip H. Alston,* for Wilson. *Guy Parker, Madison Richardson, Bryan & Middlebrooks,* contra.